# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Clayton Kaiser, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Larry Broyhill and Wilbros Construction, LLC, | ) | Case No. 4:15-cv-058 |
| | ) | |
| Defendants. | ) | |

The court held a scheduling conference with the parties by telephone on July 27, 2015. Pursuant to its discussion with the parties, the court **ORDERS** that the parties shall have until November 1, 2016, to file dispositive motions (summary judgment as to all or part of the case). The court further **ORDERS** that the parties shall submit a proposed scheduling/discovery plan to the undersigned by August 10, 2015, that includes at least those items listed in form sample plan posted on the court's website (www.ndd.uscourts.gov/forms/).

Dated this 27th day of July, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court